UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MICHEL WYNN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETERSON,<br><br>　　　　　Defendant. | No.  2:20-cv-2342 AC<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Initially, plaintiff, filed his application for leave to proceed in forma pauperis on the form used by this district and was given 30 days to file a corrected application.  ECF No. 4.  Plaintiff submitted a new application but failed to date the form as required for consideration.  ECF No. 8 at 4.  Accordingly, plaintiff's second application will be vacated and plaintiff will be provided the opportunity to submit the application on the appropriate form, with the required date and signature.  Plaintiff must again include all necessary information,  including a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's application to proceed in forma pauperis (ECF No. 8) is vacated;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: December 21, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE