UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MICHEL WYNN, | No. 2:20-cv-02342 JAM AC PS |
| Plaintiff, | ORDER |
| v. | |
| PETERSON, | |
| Defendant. | |

    Plaintiff has filed a motion to have this case heard by a district judge. ECF No. 21. Plaintiff is representing himself, and this matter was accordingly referred to the magistrate judge by Local Rule E.D. Cal. 302(c)(21). This rule provides that in cases with an unrepresented party, the assigned magistrate judge will handle the case in the first instance, and make recommendations to the district judge about how the case should ultimately be decided. The district judge has final authority over the disposition of the case. This division of labor is established by court rule, and plaintiff cannot change this.

    Plaintiff was provided a consent/decline form in which he had the opportunity to tell the court if he wanted the magistrate judge to handle this case for all purposes or if he wanted to keep a district judge assigned to the case, and he returned the form. ECF No. 20. There was no option, and there is no option, to have only a district judge assigned to the case. Though the magistrate judge will continue to issue orders on non-dispositive motions (motions that cannot end the case

or any claim or defense), the district judge will make the final ruling on dispositive motions (motions that can end the case or resolve any part of it).  If the case proceeds to trial, the district judge will preside.

For these reasons, plaintiff's motion at ECF No. 21 is DENIED.

DATED: March 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE