UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MICHEL WYNN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETERSON,<br><br>　　　　　Defendants. | No. 2:20-cv-02342 JAM AC PS<br><br><br><br>ORDER |

　　　On August 27, 2021, defendant filed a motion to dismiss, contending that the complaint is time barred. ECF 28-1. Plaintiff did not file an opposition or statement of non-opposition.

　　　Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, no later than October 15, 2021, why his failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: September 30, 2021

　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1